# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Glenn S. Millsaps Jr., | JUDGMENT IN CASE |
| Plaintiff(s), | 5:22-cv-00095-KDB-DCK |
| vs. | |
| Iredell County District Attorney's Office et al, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 2025 Order.

August 11, 2025

Katherine Hord Simon, Clerk
United States District Court